IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAMELA DE SOMOV, § | |
|     Plaintiff, § | |
| § | |
| v. § | No. 3:25-CV-839-E-BW |
| § | |
| JULIE BARNES, et al., § | |
|     Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by separate judgment, the Court will **DISMISS** Plaintiff's Complaint for Damages and Injunctive Relief, received on April 4, 2025 (Dkt. No. 3), without prejudice for improper venue.

**SO ORDERED** this 7th day of May, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE